NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES DERECK ADAMS,**

*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**

*Respondent.*

---

2011-3124 .

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. DC3443100711-I-1 and DC0752100741-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Defense moves for an 8-day extension of time, until August 12, 2011, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles D. Adams
    Joseph A. Pixley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2011

JAN HORBALY
CLERK